ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the CertificateHolders of CWALT, Inc. Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA7, a national bank, <br><br> Plaintiff, <br><br> vs. <br><br> MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, a Nevada corporation; INVEST VEGAS, LLC, a Nevada limited liability company, <br><br> Defendants. | CASE NO.: 2:17-CV-02097-RFB-PAL <br><br><br> **STIPULATION AND ORDER TO DISMISS DEFENDANT MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA7 (hereinafter "BNYM") and Defendant MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION (hereinafter "MERIDIAN"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On August 2 2017, Plaintiff BNYM filed its Complaint in this action naming MERIDIAN and other parties as defendants related to a homeowners association foreclosure sale of real property located at 230 East Flamingo Road Unit 205, Las Vegas, Nevada 89169; (hereinafter "Property").

2. The Parties hereby agree that BNYM's claims against MERIDIAN shall be dismissed with prejudice, and BNYM and MERIDIAN shall each bear its own costs and fees related to this litigation.

3. The Parties further agree that MERIDIAN does not take a position regarding whether the November 12, 2013 association lien foreclosure sale referenced in the Complaint, affected BNYM's Deed of Trust recorded against title to the Property.

4. MERIDIAN asserts that it does not have a present ownership interest in title to the Property.

5. MERIDIAN retains its lien for assessments pursuant to NRS 116.

6. This dismissal does not affect any rights, claims or defenses of BNYM or MERIDIAN with respect to any other party related to the foreclosure sale of the Property.

7. MERIDIAN's Motion to Dismiss [ECF No. 9] pending before the Court is hereby withdrawn as moot.

///
///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated _March 19, 2018_          Dated <u>March 19, 2018</u>

**ZIEVE BRODNAX & STEELE, LLP**     **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

<u>/s/ Shadd A. Wade</u>_____     <u>/s/Peter Dunkley, Esq.</u>_____
Shadd A. Wade, Esq.               KALEB D. ANDERSON, ESQ.
Nevada Bar Number 11310       Nevada Bar No. 7582
swade@zbslaw.com              PETER E. DUNKLEY, ESQ.
*Attorneys for Plaintiff The Bank of New*   Nevada Bar No. 11110
*York Mellon FKA The Bank of New York,*   9900 Covington Cross Drive, Suite 120
*As Trustee for the Certificateholders of*   Las Vegas, Nevada 89144
*the CWABS Inc., Asset-Back Certificates,*   *Attorneys for Defendant Meridian Private*
*Series 2006-21*                  *Residences Homeowners Association*


## <u>ORDER</u>

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION has no present ownership interest in title to the Property.

**IT IS FURTHER ORDERED** that MERIDIAN retains its lien for assessments pursuant to NRS 116.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of BNYM or MERIDIAN with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**


DATED this 21st day of _March,_____ 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP and that service of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION** was made on the _19th_ day of March, 2018 to all counsels identified on the CM/ECF notification system.

Peter E. Dunkley, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorney for Defendant Meridian Private Residences Homeowners' Association*

               /s/ Sara Aslinger
               An Employee of ZIEVE, BRODNAX & STEELE, LLP