NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc.., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>Plaintiff,<br><br>v.<br><br>MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, INVEST VEGAS, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02097-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION TO SET ASIDE DEFAULT JUDGMENT AND TO WITHDRAW ITS MOTION TO SET ASIDE DEFAULT JUDGMENT**<br><br>[FIRST REQUEST] |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7 (**BoNYM**) and Invest Vegas, LLC stipulate as follows:

1. Invest Vegas filed to its motion to set aside default judgment on April 30, 2019 [ECF No. 27]. BoNYM's response was due on May 14, 2019.

2. The parties hereby stipulate and agree BoNYM shall have until **June 14, 2019** to file its response to Invest Vegas' motion to set aside default.

48919962;1

3. The parties further request that BoNYM's motion to extend time to file response to motion to set aside default and default judgment filed on May 14, 2019 [ECF No. 32] be withdrawn.

4. BoNYM requests the extension to allow the undersigned counsel an opportunity to obtain and review the file from prior counsel in order to meaningfully respond to Invest Vegas' motion. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated May 16, 2019

| **AKERMAN LLP** | **STEVEN L. YARMY** |
|---|---|
| /s/Tenesa S. Powell<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc.., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7* | /s/Steven L. Yarmy<br>STEVEN L. YARMY, ESQ.<br>Nevada Bar No. 8733<br>7464 West Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorney for Invest Vegas, LLC* |

## **ORDER**

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: May 21, 2019

48919962;1