ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA7,<br><br>Plaintiff,<br>v.<br><br>MERIDIAN PRIVATE RESIDENCES HOMEOWNERS ASSOCIATION, INVEST VEGAS, LLC,<br><br>Defendants. | Case No.: 2:17-cv-02097-RFB-BNW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| INVEST VEGAS, LLC,<br><br>Counter-Claimant,<br>v.<br><br>BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA7,<br><br>Counter-Defendants. | |

60121819;1

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc.., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7 (**BoNYM**) moved for summary judgment on October 26, 2020, ECF No. 55. Pursuant to the analysis made on the record, the court GRANTS BoNYM's motion. The court finds Invest Vegas, LLC and its successors and assigns' title to the property is subject to the deed of trust recorded with the Clark County Recorder's Office as document no. 20060330-0000474.

IT IS THEREFORE ORDERED AND ADJUDGED that Invest Vegas, LLC and its successors and assigns' title to the property located at 230 E. Flamingo Road, Apt. 205, Las Vegas, Nevada 89109-0308, assessor's parcel no. 162-16-810-343 and more particularly described as:

PARCEL I:

UNIT 233 ("UNIT") IN BUILDING 3 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF THE MERIDIAN AT HUGHES CENTER, FILED IN BOOK 49 OF PLATS, PAGE 40, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE MERIDIAN AT HUGHES CENTER, RECORDED JUNE 1, 2005 AS INSTRUMENT NO. 01551 IN BOOK 20050601, OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("THE MERIDIAN AT HUGHES CENTER DECLARATION").

PARCEL II:

TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL III:

TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

PARCEL IV:

TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE MERIDIAN AT HUGHES CENTER DECLARATION.

60121819;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

remains encumbered by the above-referenced deed of trust.

IT IS FURTHER ORDERED AND ADJUDGED that the lis pendens recorded against the property with the Clark County Recorder as document no. 201911130003170 is EXPUNGED and RELEASED..

DATED this ___23rd___ day of ___August, 2022.___

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

**AKERMAN LLP**

*/s/ Natalie L. Winslow*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA7, Mortgage Pass-Through Certificates, Series 2006-OA7*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3

60121819;1